IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTIE BELLE,

    Plaintiff,

v.

CHRISTINE WORMUTH,

    Defendant.

CIVIL ACTION NO.: 4:19-cv-257

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's February 22, 2023, Report and Recommendation, (doc. 34), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's Amended Complaint is **DISMISSED**. (Doc. 10.) Defendant's Motion for Summary Judgment is **DISMISSED** as moot. (Doc. 31.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED**, this 20th day of March, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA